UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ACE ENDICO CORP., <br><br> Plaintiff, <br><br> -against- <br><br> METROPOLITAN FOODS, INC. d/b/a DRISCOLL FOODS; and MATTHEW WASSERMAN, <br><br> Defendants. | **ORDER** <br><br> 23-CV-07812 (PMH) |

PHILIP M. HALPERN, United States District Judge:

With respect to Plaintiff's proposed Order to Show Cause (Doc. 6), Plaintiff is directed to review and comply with this Court's Individual Practices, in particular Rule 4(F), which concerns applications for injunctive relief, including emergency and/or temporary injunctive relief. Specifically, the Court will not sign the proposed temporary restraining order prior to a conference with the parties, which conference shall be requested in strict accordance with the provisions of Rules 2(C) and 4(F) of the Court's Individual Practices, as well as Rule 65 of the Federal Rules of Civil Procedure.

SO ORDERED:

Dated: White Plains, New York
       September 5, 2023

_____
Philip M. Halpern
United States District Judge