UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ACE ENDICO CORP.,

                    Plaintiff,

-against-

METROPOLITAN FOODS, INC. d/b/a DRISCOLL FOODS; and MATTHEW WASSERMAN,

                    Defendants.

**ORDER**

23-CV-07812 (PMH)

PHILIP M. HALPERN, United States District Judge:

Counsel for all parties appeared by telephone today for a conference concerning Plaintiff's application for a temporary restraining order.

The Court directed as follows:

1) Plaintiff's counsel Pierre-Yves Kolakowski shall file his application for pro hac vice admission within 30 days.

2) The parties shall send to Chambers, *in camera* and *ex parte*, by e-mail to [HalpernNYSDchambers@nysd.uscourts.gov](mailto:HalpernNYSDchambers@nysd.uscourts.gov), the following documents:

   a. Plaintiff shall provide the June 2023 re-pricing information discussed at the conference, supported by affidavit of a person with personal knowledge;

   b. Defendant Driscoll shall provide the bid submitted (or the draft bid to be submitted) to the Consortium, supported by affidavit of a person with personal knowledge; and

   c. Defendant Wasserman shall provide an affidavit explaining what "for the schools" meant in the email annexed to the motion as Exhibit C (i.e., what schools?).

3) Counsel shall not have any discussion with the parties about the reasons for the Court's request for the foregoing documents.

4) If any party determines that the June 2023 re-pricing information became publicly-available, they shall e-mail such evidence to Chambers copying all parties.

5) The foregoing e-mails shall be sent by tomorrow morning, sufficiently in advance of the 2:00 p.m. conference.

A telephone conference has been scheduled for September 7, 2023 at 2:00 p.m. using the same dial-in instructions as today's conference.

SO ORDERED:

Dated: White Plains, New York
       September 6, 2023

_____
Philip M. Halpern
United States District Judge